FILED
SEP 20 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **INDICTMENT** |
| Plaintiff, ) | |
| ) | **4:23 CR 0 0525** |
| v. ) | CASE NO. _____ |
| ) | Title 18, United States Code, |
| JASON J. TOTTY, ) | Sections 1791(a)(1) and (b)(4) |
| aka JASON RUSSELL, ) | Title 49, United States Code, |
| ) | Section 46306(b)(5)(A) |
| Defendant. ) | |

**JUDGE RUIZ**

COUNT 1
(Owning Unregistered Aircraft that was Operated, Attempted to be Operated, or Allowed to be Operated by Another Person, 49 U.S.C. § 46306(b)(5)(A))

The Grand Jury charges:

1. On or about February 1, 2021, in the Northern District of Ohio, Eastern Division, Defendant JASON J. TOTTY, aka JASON RUSSELL, owned an aircraft eligible for registration under Title 49, United States Code, Section 44102, to wit: a DJI Phantom 4 Pro V2.0 drone, Model WM331S, bearing serial number 11USHAFR710202, and knowingly and willfully operated, attempted to operate, or allowed another person to operate the aircraft when the aircraft was not registered under Title 49 United States Code, Section 44103, in violation of Title 49, United States Code, Section 46306(b)(5)(A).

COUNT 2
(Providing or Possessing Contraband in Prison, 18 U.S.C. §§ 1791(a)(1) and (b)(4))

The Grand Jury charges:

2. On or about February 1, 2021, in the Northern District of Ohio, Eastern Division, Defendant JASON J. TOTTY, aka JASON RUSSELL, in violation of Title 18, United States

Code, Section 1791(d)(1)(F), provided and attempted to provide to an inmate of a prison prohibited objects, to wit: four cellular phones, in violation of Title 18, United States Code, Sections 1791(a)(1) and (b)(4).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.